442 A.2d 349

Commonwealth v. Brown, Appellant.

Argued December 1, 1980. Richard B. Moore, for appellant; Maureen A. Brennan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, J.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.